RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 8 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**1826-CV-1470**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

**Johnny Sturdivant**
Plaintiff

v.

**Henry County, Georgia**
**Michael C. Harris**, Henry County Tax Commissioner (individual and official capacity)
**Michael Black**, Fire Marshal / Assistant Chief of Prevention (individual and official capacity)
**Melissa Bass**, Code Enforcement Officer (individual and official capacity)
**Lynn Carty**, Deputy Tax Commissioner
**Kathy Blackwell**, Occupational Tax Specialist
**Kristen Stewart**, Occupational Tax Specialist
**Denise Springer**, Occupational Tax Specialist
**John/Jane Does 1–10**

Defendants

Civil Action No: _____

---

# COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES

(42 U.S.C. §1983)

---

# I. JURISDICTION AND VENUE

This action arises under:

- **42 U.S.C. §1983**
- **Fourteenth Amendment (Due Process / Equal Protection)**

Jurisdiction exists under:

- **28 U.S.C. §1331**
- **28 U.S.C. §1343**

Venue is proper in the **Northern District of Georgia** because all events occurred in **Henry County, Georgia**.

---

# II. PARTIES

**Plaintiff**

Johnny Sturdivant
Owner of **Big Boot Ranch**
677 Panola Road
Ellenwood, Georgia

---

**Defendants**

Henry County Government

Michael C. Harris
Henry County Tax Commissioner

Michael Black
Henry County Fire Marshal

Melissa Bass
Henry County Code Enforcement

Lynn Carty
Deputy Tax Commissioner

Kathy Blackwell
Occupational Tax Specialist

Kristen Stewart
Occupational Tax Specialist

Denise Springer
Occupational Tax Specialist

John/Jane Does 1–10

---

# III. STATEMENT OF FACTS

## Longstanding Licensed Business

Plaintiff has operated **Big Boot Ranch** for more than **twenty-five years** providing:

- educational farm tours
- youth programs
- community events
- agricultural activities

Henry County records confirm the business was issued an occupational license and operated legally for many years.

County documentation verifies the license existed and remained valid through 2023. (Exhibit C)

---

# Georgia Agritourism Certification

On **March 25, 2024,** the State of Georgia issued Big Boot Ranch a **Georgia Agritourism Registry Certificate**.

Registration Number: **GAR-0204**

The certificate recognizes the business as an approved agritourism operation under Georgia law.

(Exhibit G)

Despite this state approval, Henry County officials continued to pressure Plaintiff to file a new county license and rezone the property.

---

# Pattern of Coordinated Enforcement and Licensing Pressure

Beginning years before the shutdown and continuing through 2025, officials within the Henry County Tax Commissioner's Office, Fire Department, and Code Enforcement engaged in a coordinated pattern of administrative pressure designed to force Plaintiff to abandon his longstanding business classification and apply for a new license that would require rezoning the property to commercial use.

Internal communications show multiple county departments discussing Plaintiff's business classification and coordinating inspections and licensing actions.
(Exhibit F)

Emails between the Tax Commissioner's Office and Fire Department demonstrate direct communication between Defendant Michael Harris and Defendant Michael Black regarding inspections, licensing classification, and enforcement activity related to Big Boot Ranch.

(Exhibit F)

These communications reveal that county officials treated Plaintiff's business as an issue requiring multi-department coordination despite the absence of any documented safety violations or legal citations.

---

# Fire Marshal Shutdown

On **November 7, 2023**, the Henry County Fire Marshal's Office shut down Plaintiff's business.

No written citation was issued.
No written shutdown order was provided.
No written notice explaining the legal basis for the shutdown was delivered.

Video evidence documents the conditions of the property and the enforcement activity that occurred during the shutdown.

(Exhibit H)

---

# Refusal to Renew License

On **January 8, 2024**, Plaintiff visited the Henry County Tax Commissioner's Office to renew his occupational tax certificate.

Defendant Michael Harris refused to renew the license and refused to provide written documentation explaining the legal reason for the denial.

A video recording documents this interaction.

(Exhibit I)

In the recording, Plaintiff is informed that he must file a **new license application**, which would require rezoning the property to commercial use.

---

# Code Enforcement Complaints

On **July 28, 2025**, Henry County Tax Office filed a complaint alleging Plaintiff was operating without a business license.

On **July 29, 2025**, the Henry County Fire Department filed a similar complaint.

These complaints occurred after Plaintiff had already been prevented from renewing his license and after the county had refused to process his renewal request.

These complaints were used to justify further enforcement pressure.

---

# Forced Application

After nearly two years of administrative pressure, Plaintiff reluctantly submitted a new license application around **August 20, 2025**.

Plaintiff later withdrew this application after determining that the application had been filed under coercion.

(Exhibit A)

---

# Notice of Non-Compliance

Plaintiff issued formal written notices to Henry County officials explaining that their actions violated state law and constitutional protections.

The county ignored these notices.

(Exhibit B)

---

# IV. CLAIMS FOR RELIEF

## Count I

### Procedural Due Process Violation

Defendants deprived Plaintiff of a protected property interest in his lawful business operations without:

- written notice
- hearing
- legal explanation

This violated the **Fourteenth Amendment**.

---

## Count II

### Substantive Due Process

Defendants' conduct was arbitrary and intended to coerce Plaintiff into rezoning property and filing a new license application.

---

## Count III

### Civil Conspiracy (42 U.S.C. §1983)

Defendants acted jointly and in concert to deprive Plaintiff of constitutional rights.

Evidence includes:

- inter-department emails
- coordinated inspections
- coordinated enforcement actions

(Exhibit F)

## Count IV

### Municipal Liability (Monell)

The actions of county officials reflect a policy or custom of coordinated enforcement targeting Plaintiff's business.

# V. IRREPARABLE HARM

Plaintiff's business has suffered:

- severe financial losses
- reputational harm
- interruption of longstanding business operations

These harms cannot be fully remedied by monetary damages alone.

# VI. RELIEF REQUESTED

Plaintiff requests the Court:

1. Declare Defendants' actions unconstitutional
2. Enjoin Defendants from interfering with Plaintiff's business operations
3. Order recognition of Plaintiff's agritourism registration
4. Award compensatory damages
5. Award punitive damages
6. Award attorney's fees under **42 U.S.C. §1988**

# VII. JURY DEMAND

Plaintiff demands trial by jury.

# EXHIBIT APPENDIX

**Exhibit A**
Withdrawal of Business License Application

**Exhibit B**
Notices of Non-Compliance

**Exhibit C**
Henry County Business License Verification

**Exhibit D**
Email Communications Showing Harassment

**Exhibit E**
Tax Office Email Communications

**Exhibit F**
Inter-Department Emails Showing Coordination

**Exhibit G**
Georgia Agritourism Registry Certificate

**Exhibit H**
Video Evidence – Fire Marshal Enforcement (Nov 7, 2023)

**Exhibit I**
Video Evidence – Tax Office License Refusal (Jan 8, 2024)

**Exhibit J**
Henry County Code Enforcement Complaint Form and Case File (Case No. 1659-2025)

# FINAL FILING PACKET

Your filing packet should include:

1. Federal Complaint
2. Civil Cover Sheet (JS-44)
3. Summons for each defendant
4. Exhibit Appendix (A–I)
5. Motion for Preliminary Injunction
6. Memorandum of Law
7. Proposed Order.

PLAINTIFF'S
EXHIBIT
A

Dear Tax Commissioner and Concerned Officials,

This letter serves as **formal written notice** that I am **withdrawing my application for a new business license**, effective **December 22, 2025**.

The application was submitted **under coercion, improper pressure, and misguiding information** provided by government officials. At the time of filing, I was led to believe that a new business license was required for my operations. This belief was **not voluntary**, but induced by **misrepresentation, lack of written statutory authority, and administrative pressure**.

## State Approval and Georgia Agritourism Registry Certificate

In response to the Tax Office's assertion that a new license was required, and in good-faith reliance on that representation, the business owner applied for the referenced license **through the State of Georgia**.

On **March 25, 2024,** the State of Georgia **approved my business** and issued a **Georgia Agritourism Registry Certificate**, Registration Number **GAR-0204**. This certificate constitutes **formal state authorization** for my business operations and is valid under state law.

Despite having **actual knowledge** of this state approval, the Tax Commissioner's Office **failed and refused to honor the state-issued authorization**. Instead, the Tax Office continued to pressure my business to apply for the **same or duplicative license at the county level**, not because it was required by state law, but as a means to **force my business to rezone to commercial use** and to **extinguish my lawful, vested, and grandfathered rights**.

The State of Georgia **did not require** my business to rezone to commercial, nor did it require any additional county licensing as a condition of approval. Accordingly, the Tax Office's continued demands were **contrary to state authorization, legally unsupported, and preempted by state law.**

Subsequent review has confirmed that the county-level license application at issue **was not legally required**. Accordingly, the application was **filed unwillingly, unknowingly, and without full disclosure**, and is hereby **withdrawn, rescinded, and rendered null and void.**

## Lack of Written Notice and Due Process Violations

The following facts are placed on the official record:

1. **No written notice** was ever provided by the Tax Commissioner's Office identifying any **legal basis or statutory authority** for refusing or requiring renewal of my business license in **January 2024**. No written findings, citation, or opportunity to cure were provided, in violation of **procedural due process requirements.**

2. **No written notice, citation, inspection report, or shutdown order** was issued by the Fire Department or Fire Marshal regarding the **shutdown of my business on November 7, 2023.**

PLAINTIFF'S
EXHIBIT

A
_____

3. The Fire Marshal's shutdown action was taken **at the direction of the Tax Commissioner**, not routine, pursuant to independent fire code enforcement, and was used as an **instrument of administrative coercion** rather than lawful fire safety authority.

## Improper Rezoning Pressure and Interference with Vested Rights

These actions were undertaken as part of an **improper and unlawful attempt to force my business to rezone to commercial use** and to **strip my business of its lawful, vested, and grandfathered rights**. Such conduct constitutes:

- **Unlawful interference with a lawful business**
- **Abuse of administrative authority**
- **Selective and retaliatory enforcement**
- **Denial of procedural and substantive due process**
- **Constructive coercion**
- **Disregard of state preemption and authorization**

The use of licensing demands, enforcement threats, or shutdown actions to compel rezoning or defeat grandfathered rights is **legally improper, unenforceable, and preempted by state law.**

## Formal Notice and Reservation of Rights

By this notice, I formally state that:

- I **do not consent** to processing or reliance upon the withdrawn county license application;
- I **withdraw and rescind** the application in its entirety;
- Any continued reliance on the withdrawn application for enforcement, penalties, or adverse action is **expressly denied.**

I hereby request written confirmation that:

1. The application has been **withdrawn and closed as of December 22, 2025**;
2. The Tax Office **acknowledges and honors** my valid **Georgia Agritourism Registry Certificate (GAR-0204)**;
3. **No additional county license or rezoning** is required for my business; and
4. This notice is **entered into the official record** of all relevant offices.

This notice is provided in good faith. **All rights, claims, defenses, and remedies—administrative, civil, statutory, and constitutional—are expressly reserved.**

Sincerely,
**Johnny Sturdivant**

**PLAINTIFF'S EXHIBIT**

*B*

Subject: Formal Demand to Accept and Process Georgia Agritourism Registry Certificate for 2026 – State Law Notice and Federal Record Preservation

Dear County Attorney and Tax Commissioner Michael Harris,

This letter serves as a **formal demand and statutory notice** that Henry County **immediately allow, accept, and process** the filing and recognition of my **Georgia Agritourism Registry Certificate for the 2026 registration year**, without obstruction, delay, or unlawful conditions.

My business is **lawfully authorized by the State of Georgia** under the **Georgia Agritourism Act**, codified at **O.C.G.A. § 2-10-70 et seq.**, and was issued a **Georgia Agritourism Registry Certificate**, Registration Number **GAR-0204**, approved on **March 25, 2024**.

Pursuant to **O.C.G.A. § 2-10-71 and § 2-10-72**, the State of Georgia expressly authorizes agritourism operators who meet statutory requirements to operate under state registration. Nothing in the Act requires rezoning to commercial use or the acquisition of a duplicative county license as a condition of state authorization.

Further, under **O.C.G.A. § 36-66-1 et seq.**, my business possesses **lawful, vested, and grandfathered rights**, which may not be extinguished through licensing pressure, selective enforcement, or administrative coercion.

Despite this clear statutory authority, the Tax Commissioner's Office has **failed and refused to honor the state-issued agritourism registration**, thereby interfering with a state-authorized business and exceeding county authority. Such conduct constitutes:

- **Disregard of state preemption**
- **Unlawful interference with a lawful business**
- **Denial of procedural and substantive due process** under the **Fourteenth Amendment**
- Action **under color of law** giving rise to liability under **42 U.S.C. § 1983**

Accordingly, I hereby **formally demand**:

1. Written confirmation that Henry County **will accept, recognize, and process** my **Georgia Agritourism Registry Certificate for the 2026 registration year**;
2. Written confirmation that **no additional county license, rezoning, or land-use change** will be required as a condition of acceptance;
3. Written confirmation that the Tax Commissioner's Office **will not interfere** with my business operations conducted under valid state authorization.

Please provide a **written response within ten (10) business days** of receipt of this letter.

## Federal Record Notice

This correspondence is **expressly incorporated into the federal civil rights record** and will be **bundled as an exhibit** in pending and forthcoming filings in the United States District Court.



PLAINTIFF'S EXHIBIT
B

Failure to comply or respond will be relied upon as evidence of **ongoing constitutional violations, deliberate indifference, and willful noncompliance with state law**.

This letter is submitted in good faith and for record-preservation purposes only. **All rights, claims, defenses, and remedies—administrative, civil, statutory, and constitutional—are expressly reserved.**

Sincerely,
**Johnny Sturdivant**



PLAINTIFF'S EXHIBIT B

🔵 **Outlook**

## Formal Notice of Non-Compliance

**From** johnny sturdivant <bigbootranch@outlook.com>

**Date** Tue 1/27/2026 1:30 PM

**To**   Vanessa Sanchez <vsanchez@henrycountyga.gov>; Michael Harris <mharris@co.henry.ga.us>; johnny sturdivant <bigbootranch@outlook.com>

📎 3 attachments (3 MB)

Horse stable license tax commissioner 2021.pdf; Georgia Agritourism Registry Certificate Dec22 2025.pdf; Stable and Business license.pdf;

Dear County Attorney and Tax Commissioner Michael Harris,

This correspondence serves as a **formal Notice of Non-Compliance** and demand for immediate cure.

Henry County has failed to comply with state law and constitutional requirements by continuing to interfere with my lawful business operations and refusing to honor my valid **Georgia Agritourism Registry Certificate (GAR-0204)**.

You were formally placed on notice and provided an opportunity to cure through my prior statutory demand. To date, no written confirmation has been provided acknowledging acceptance of my state authorization for the 2026 registration year.

In addition, I hereby place on record the following material facts:

1. In **2021**, the Tax Commissioner's Office, under your authority, **altered and issued my Occupational Tax Certificate listing my business as a "Horse Stable,"** despite knowing your office **does not issue stable licenses**. The certificate is signed by Michael Harris.

2. This reclassification was later used to **misrepresent my business status to other county departments**, falsely asserting that I had "no license" to operate, despite more than twenty-five (25) years of continuous licensing and compliance.

3. Beginning in **2015**, I was required to maintain **both**:

   ○ a Henry County business license, and

   ○ a State-issued stable license filed annually with the **Georgia Department of Agriculture**.

4. Your office subsequently claimed it was issuing only a "stable license" rather than a business license, creating an intentional regulatory contradiction that was used to justify enforcement actions, including the November 7, 2023 shutdown.

5. This conduct directly contributed to coordinated enforcement efforts involving multiple county departments and formed part of a broader pattern of coercion intended to force rezoning and

compel submission to licensing demands not required by state law.

These actions constitute ongoing:

- denial of procedural and substantive due process,
- unlawful interference with vested rights,
- disregard of state preemption, and
- conduct under color of law giving rise to liability under **42 U.S.C. § 1983**.

## DEMAND TO CURE

Henry County is hereby demanded to provide written confirmation within **five (5) business days** that:

1. My **Georgia Agritourism Registry Certificate (GAR-0204)** will be fully accepted and honored for 2026;

2. No additional county license or rezoning will be required;

3. All enforcement activity related to these matters will immediately cease.

## Federal Record Notice

This Notice of Non-Compliance will be filed as a numbered exhibit in my pending federal civil rights action and relied upon as evidence of **deliberate indifference and continued constitutional violations.**

You are further directed to preserve all emails, texts, records, and communications involving:

- Michael Harris
- Michael Black
- Tax Commissioner staff
- Fire Marshal staff
- Planning & Zoning
- Code Enforcement

Failure to cure will result in immediate filing without further notice.

All rights are expressly reserved.

Sincerely,
**Johnny Sturdivant**

---

**Exhibit C**

**2021 Occupational Tax Certificate – Misclassification of Business**

PLAINTIFF'S EXHIBIT
B



PLAINTIFF'S
EXHIBIT
C

**Henry County Tax Commissioner**
140 Henry Parkway  McDonough, GA 30253
(770) 288-8180 option 5 - Fax (770) 288-8190
Website: www.henrytc.org
Email: occtax@co.henry.ga.us

# 2021 OCCUPATIONAL TAX CERTIFICATE

Business Name:     **Big Boot Ranch**
Business Type:     **Horse Stable**                                    Account:  **02239**
Business Location:  **677 PANOLA RD, ELLENWOOD, GA 30294**

BIG BOOT RANCH                                          Johnny Sturdivant
677 PANOLA RD
ELLENWOOD, GA 30294

Unincorporated Henry County, Georgia for the period of  **01/01/2021**  to  **12/31/2021**

Michael Harris
Henry County Tax Commissioner

**This certificate is *not transferable* and must be posted in a conspicuous place.**

---

## IMPORTANT INFORMATION

- Detach and display certificate conspicuously at the place of business for which issued.

- This certificate is not transferable.  Any change in ownership must be made in person.

- A change in location and/or nature of business will require additional approval by the Planning Department.

- This Occupational Tax Certificate is renewed annually on January 1st. 10% penalty applies after 90 days.

Contact the Henry County Tax Commissioner's Office for additional information if needed at
(770) 288-8180 opt. 5

| Year | Amount Paid |
|------|-------------|
| 2021 | $ 127.00 |
| Date Paid | Paid By |
| 04/13/2021 | Big Boot Ranch |

Plaintiff attaches as Exhibit C a true and correct copy of his **2021 Henry County Occupational Tax Certificate**, signed by Tax Commissioner Michael Harris, listing Plaintiff's business as **"Horse Stable."**

Defendants issued this classification while knowing the Tax Commissioner's Office does not issue stable licenses, and later relied upon this mis designation to falsely represent that Plaintiff had no valid business license, despite decades of continuous licensure and concurrent State stable licensing through the Georgia Department of Agriculture

This misclassification was used to initiate enforcement actions and formed part of Defendants' coordinated effort to interfere with Plaintiff's lawful business operations.



PLAINTIFF'S EXHIBIT C

*1*



**HENRY COUNTY TAX COMMISSIONER**
140 Henry Parkway  McDonough, GA 30253
(770) 288-8180 option 5
Website:  www.HenryCountyTax.com
Email:  occtax@co.henry.ga.us



## BUSINESS LICENSE VERIFICATION

JOHNNY STURDIVANT
BIG BOOT RANCH INC
677 PANOLA RD
ELLENWOOD, GA 30294

**Date:**   January 30, 2026

**Business Name:**      Big Boot Ranch Inc
**Business DBA:**        Big Boot Ranch Inc
**Location Address:**    677 PANOLA RD
ELLENWOOD, GA 30294
**Business License #:**  02239

To Whom it may concern

This letter serves as notice that the above named business has a current valid business license with in Henry County, valid through 12/31/2023.

This license has been in effect since  01/01/2013.

If you need additional information, please call our office at  (770) 288-8180 option 5.

Sincerely

Michael Harris
Tax Commissioner

Printed 1/30/2026: 8:45 am

Pack 1



2:20

**PLAINTIFF'S EXHIBIT D**

**Sent:** Friday, September 1, 2023 8:44 AM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** [EXTERNAL] Re: Fw: Directions for Obtaining Licensing for Gatherings (Birthday Parties, Fieldtrips) and Farm Tours at a Residential Property

> **CAUTION:** This email originated from **OUTSIDE** of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

This is a continuously form of personal harassment and discrimination that my business has been experiencing for over the last five years each year your office has forced my business to file late each year and having to operate without a license for months because my Stable Licence is not due till June, your office has refused my payment each year and forced me to file late and pay late fees. Each year, me challenging your practice has led your office to personal attacks against my business and now your office is threatening, shutting down my business, that has operated for over 20 years, doing the same thing every year with no citations ever, I have address this problem with your office changing the title of what my business consist of and your office Excuse has been your records does not go back that far which is not my problem. Agritourism did not exist when I filed for my license over 20 years ago they use to put parties on my license and years later changed my title. I am not a new business filing for a

PLAINTIFF'S EXHIBIT

D

Agritourism did not exist when I filed for my license over 20 years ago they use to put parties on my license and years later changed my title. I am not a new business filing for a license, I have been doing the same thing for over twenty years and I refuse to start this process over again merely because I'm a African American business that has challenged your office practices and now your office and personnel has chosen to attack my business for personal reasons , and now attempting to shut down my business,you stayed in our phone conversation that a case was open on my business, but you couldn't say why, and who ,this can be resolved very easily by simply checking your records to see what I'm saying is true, but your excuse is your records does not go back that far so you choose to harass my business with no apparent reason, I will be taking other steps to resolve this ongoing harassment and discrimination against my business

On Thu, Aug 31, 2023 at 2:56 PM Michael Harris <mharris@co.henry.ga.us> wrote:
Good afternoon Mr. Sturdivant,

As a follow up to our recent conversation, and per your request, I've asked our staff to prepare a detailed list of the information needed at this time in order to accurately update your business license file. We have been going through the process of updating the business license files for numerous businesses over the past few years. We have attempted to obtain this information from you previously but

PLAINTIFF'S
EXHIBIT
D

2:19

**Draft**

On Fri, Sep 1, 2023 at 8:44 AM Johnny Stur...



**Michael Harris**  Sep 1

to me, Lynn, Katharine, Kristen

Good morning Mr. Sturdivant,

As our records indicate and as previously stated, we having been attempting to work with you for several years to bring your business license into full compliance. We have done this in the same manner that we have worked with numerous other businesses throughout Henry County, who have taken the steps necessary to update their business license information. I can assure you that no one is harassing you or discriminating against you, but rather simply doing their job to ensure that businesses in Henry County meet all applicable local, state and federal regulations. I look forward to hearing back from you and working with you to resolve this matter.

Best regards,

**Michael Harris**
Tax Commissioner

**Phone**: 770.288.8139
**Email**: mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

From: Johnny Sturdivant

PLAINTIFF'S
EXHIBIT
D

On Thu, Aug 31, 2023 at 2:56 PM Michael Harris <mharris@co.henry.ga.us> wrote:
Good afternoon Mr. Sturdivant,

As a follow up to our recent conversation, and per your request, I've asked our staff to prepare a detailed list of the information needed at this time in order to accurately update your business license file. We have been going through the process of updating the business license files for numerous businesses over the past few years. We have attempted to obtain this information from you previously, but you have refused to provide it. Other similar businesses have complied with our requests over the years, particularly as it relates to obtaining their required Agritourism License. A comprehensive guide on Agritourism here in Georgia has also been provided for your use. The guide details all the various business types that fall into the agritourism category, and as you'll see, Farm Parties, Tours and Fieldtrips clearly meet this definition.

...

VIEW ENTIRE MESSAGE



me  Sep 1
to Michael ⌄

When I applied for my license I was in full compliance with all rules and regulations and was granted a license to do what I have doing for over twenty years and you have not given me any reason to say that I'm not in compliance, no public complaints or any thing you have ~~personally seen yourself~~, and you

PLAINTIFF'S EXHIBIT

D

**2:22**

me Sep 1
to Michael ˅

When I applied for my license I was in full compliance with all rules and regulations and was granted a license to do what I have doing for over twenty years and you have not given me any reason to say that I'm not in compliance,no public complaints or any thing you have personally seen yourself, and you have failed to show me that I'm required to file for a new license for no reason other than you want me to to inflict unnecessary costs and stress, I do not have to file for new license for you to see that I'm in compliance you can simply ask me questions of my operation, you have chosen to go to the extreme for no reason,if every business in Henry county has not been notified to file for a new license I refuse to be singled out for no apparent reason,your practices is not supported by the law ,send me the state law relating to pre-existing businesses before this category was put in place,for you to ask me to file for a new business license are you saying I don't have a license to do what I have been doing for twenty plus years or you just not sure I'm not in compliance ,can you answer that question for me

• • •

Michael Harris Sep 1
to me, Lynn, Katharine ˅

The information you requested is included in the attached document, beginning on Page 45.



# HENRY COUNTY CODE ENFORCEMENT
533 Hampton Street · McDonough · Georgia 30253
Phone · (770) 288-6200 · Fax (770) 288-6199

www.co.henry.ga.us


PLAINTIFF'S EXHIBIT
J

## COMPLAINT FORM

DATE: _072825_    TIME: _2:15p_    TAKEN BY: _mm_    # _1659-2025_

ADDRESS OF VIOLATION(S): _677 Panola Rd_

CITY: _Ellenwood 30294_ CROSS STREET: _Hearn Rd_

SUBDIVISION: _____    ZONING: _RA_

RESIDENT: _____    PHONE#: _____

OWNER: _Johnny Sturdivant_    PHONE#: _770-808-1262_

ADDRESS: _____    _bigbootranchinfo@gmail.com_

CITY: _____    STATE: _____ ZIP: _____

COMPLAINANT: _HCTO_    PHONE#: _____

ADDRESS: _Melissa_

DETAILS OF COMPLAINT: _Operating event center w/o Business_
_License._

ACTION TAKEN:

| | | DATE: |
|---|---|---|
| NO VIOLATION | ( ) | DATE: |
| CONTACT MADE WITH OWNER/RESIDENT | (✓) | DATE: 7-31-25 9C |
| CONTACT MADE WITH COMPLAINANT | ( ) | DATE: |
| WARNING NOTICE ISSUED | ( ) | DATE: |
| CITATION ISSUED | ( ) | DATE: |
| NOTICE OR ORDER SENT | ( ) | DATE: |
| ASSIGNED TO OFFICER | ( ) | DATE: 7/29/25 ·BB |
| CASE CLOSED | ( ) | DATE: 8-28-25 9C |

COMMENTS: _____

ASSIGNED TO: _JC_    TIME ARRIVED: _____    DEPARTED: _____

#_____



# CODE CASE DETAILED REPORT
# FOR HENRY COUNTY CODE ENFORCEMENT



PLAINTIFF'S EXHIBIT
J

**Case Number:** 1659-2025

**Assigned To:** James Colson

**Case Status:** Completed

**Sub Status:** Closed (Resolved)

**Description:** operating event center w/o valid business license

**Opened Date:** 7/28/2025

**Closed Date:** 8/28/2025

**Next Inspection Date:**

---

**Address:** 677 PANOLA RD, ELLENWOOD, GA 30294    **Parcel:** 043-02051000    **Address Details:** Hearn Rd

**Property Owner 1:** Johnny Sturdivant    **Address:** 677 Panola Rd Ellenwood, Georgia 30294

**Property Owner 2:**    **Address:** ,

**Violator 1:** Johnny Sturdivant    **Address:** 677 Panola Rd, Ellenwood, Georgia 30294    **Phone #:**

**Violator 2:**    **Address:**    **Phone #:**

---

| Latest Violation Date | User | | Violations |
|---|---|---|---|
| 8/28/2025 | James Colson | | |

---

**Violation:**

**Issued on:** 8/14/2025

**Status:** Closed

**Closed:** 8/28/2025

Section 3-3-22 Henry County Code - Failure to Obtain a Business
Failure to Obtain a Business LicenseSection 3-3-22 of the Henry County Codes makes it unlawful for any person to offer, advertise, begin or carry on any of the occupations, uses or businesses for which a license is required in the unincorporated area of the county, without first applying annually to the board of commissioners through the business license department and obtaining a license for  carrying out such business, use or occupation.

---

| Date | User | Entity | CE Inspection |
|---|---|---|---|
| | | | |

---



# CODE CASE DETAILED REPORT
## FOR HENRY COUNTY CODE ENFORCEMENT

HENRY COUNTY



PLAINTIFF'S EXHIBIT

J

| 8/14/2025 | James Colson | 2025.08.20960 | Inspection Status: | Completed | Inspection Date: | 8/14/2025 | Scheduled Date: | 8/14/2025 |

**Violation Status**                                                In Violation

**Overall Comments:**  Big Boot Ranch was identified as potentially operating without a current business license. Mr. Johnny Sturdivant had applied for a renewal in 2023 but had filed an incomplete application and had also failed his fire inspection. Case 1659-2025 was assigned. A conversation was scheduled for a face to face talk with Mr. Sturdivant, Code Supervisor BD, and Code Officer Colson to get his side of the story. Prior to the meeting, a complete search was completed to see if he was advertising in any form for business. Everything showed that he was not operating, his web site showed closed with no current photo posting since 2017.

At our meeting, he was advised that the only way that he will be able to reopen his business is to follow current business license protocols to include a reinspection by the fire department. I produced a document giving the steps that he should take if he truly wants to reopen. This document was a suggestion of the steps that he would have to follow under current protocols. It also advised that if he gets a new license, he will have to pay for the time inbetween when he failed his renewal, until current. A copy of that document is included in the file.

Because he is still displaying a road sign, he was advised that he must post on the sign that he is closed. That should stay in place until such time that he finished the license procedures and is granted a new license.

At the time of this report, he had not posted the word closed yet on his sign.

Recheck 8-28-25.

| Date | User | Entity | Courtesy Notice of Violation |



# CODE CASE DETAILED REPORT
## FOR HENRY COUNTY CODE ENFORCEMENT

HENRY COUNTY



PLAINTIFF'S EXHIBIT J

| 8/14/2025 | James Colson | 2025.08.2145 | **Notice Status:** | Issued |
|---|---|---|---|---|

**Notice Details:**  Badge #: JC1409          In Violation          Compliance Deadline: 8/28/2025

Corrective Action: To operate in Henry County, this would be business must follow business license application process and meet all criteria.

| Date | User | Entity | CE Inspection | | | |
|---|---|---|---|---|---|---|
| 8/28/2025 | James Colson | 2025.08.21093 | **Inspection Status:** Completed | **Inspection Date:** 8/28/2025 | **Scheduled Date:** 8/28/2025 | |

**Violation Status**

**Violation(s) Resolved**

**Overall Comments:** On 8-28-25, I (Officer Colson) verified the final item needed to close this case out. Johnny Sturdivant owner of Big Boot Ranch is not advertising online, his web site shows closed and now, the final requirement, his marque at the property reads as Temporarily Closed. He has been advised of the steps required to reopen the business. Apply for a business license, go through the process and be inspected by all required agencies. Once he passes these steps, he can once again advertise and reopen.

The status of the business is currently closed.

This case is closed as resolved.



# HENRY COUNTY CODE ENFORCEMENT
114 South Zack Hinton Pkwy. McDonough. Georgia 30253
Phone 770-288-6200. www.henrycountygeorgia.gov



PLAINTIFF'S EXHIBIT J

August 11, 2025

CASE: 1659-2025

John Sturdivant
677 Panola Rd.
Ellenwood, GA 30294

Greetings,

Per our conversation on Thursday 8-07-25, I spoke with the Tax Office to get clarification on what steps you need to follow to reopen. Please understand that the county is constantly changing the way they do business, always updating and trying to streamline processes.

The procedure for a business license when you started your business is nothing like how they operate today. If you truly want to reopen your operation, you will need to follow current procedures.

First, I asked them to review your application from 2023. They pointed out several areas that you left blank, or failed to provide the information that they needed. The one that stands out is your description of what activities will be going on. Your response that the house was not part of the business told them nothing. They wanted to hear that you were going to offer birthday parties and a petting zoo type atmosphere, as an example.

You will need to go on-line and complete a new application. Review it carefully to make sure you fill in all the required information. Include a copy of your driver's license and any other documents it requests.

Once your application goes through the tax office, you will get another visit from the fire department. All applicants are required to go through this. Be ready! If they find anything, take a photo right away, correct it and send a photo of the correction to the inspector.

The final issue is the fees. The tax office says that you will have to catch up on all the fees for the time this has been going on. 2023, 2024, 2025 and soon to be 2026. There will be an expense associated with this so, if you are committed to reopening, this will be part of the process.

If you have questions while filling out the application, you can call Melissa Bass of the Tax Office at 770-288-8161. She is friendly and very helpful. If you have a question for me, you can call me at 404-973-4108.

I hope you find this helpful and good luck.

Officer James Colson
Henry County Code Enforcement
jcolson@henrycountyga.gov

7/30/25, 12:21 PM                                                Re: request - James A. Colson - Outlook

 Outlook

PLAINTIFF'S
EXHIBIT
J

Re: request

From Chenelle Rey <crey@co.henry.ga.us>
Date Wed 7/30/2025 10:09 AM
To    James A. Colson <jcolson@henrycountyga.gov>
Cc    Barbara Dribnak <bdribnak@henrycountyga.gov>

You are very welcome!



Chenelle Rey, MPA
Certified Criminal Intelligence Analyst II
Criminal Intelligence Unit, HRTCC

108 S. Zack Hinton Pkwy
McDonough, GA 30253
770-288-7822 / 470-487-6764

RESOURCE
CITIZEN    GUIDE
SCAN HERE

From: James A. Colson <jcolson@henrycountyga.gov>
Sent: Wednesday, July 30, 2025 7:32 AM
To: Chenelle Rey <crey@co.henry.ga.us>
Cc: Barbara Dribnak <bdribnak@henrycountyga.gov>; HCPD Intel <hcpdintel@co.henry.ga.us>
Subject: Re: request

Thank you for your assistance.

Colson

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

From: Chenelle Rey <crey@co.henry.ga.us>
Sent: Tuesday, July 29, 2025 2:55:59 PM
To: James A. Colson <jcolson@henrycountyga.gov>
Cc: Barbara Dribnak <bdribnak@henrycountyga.gov>; HCPD Intel <hcpdintel@co.henry.ga.us>
Subject: Re: request

Good afternoon Officer Colson,

In reference to address 677 Panola Rd, Ellenwood, GA (Big Boot Ranch), please see results below for the following websites that I searched:

   Airbnb: negative results

   Vrbo: negative results

   Houfy: negative results

After googling "Big Boot Ranch", I found a link to their Facebook page: https://www.facebook.com/p/Big-Boot-Ranch-100064241971422/. However, there was no posts since 2/8/2017.

I also located a link to an Instagram page which shows recent activity. See link for further: https://www.instagram.com/explore/locations/243832613/big-boot-ranch/recent/?hl=en

Additionally, I searched the address on google and found an advertisement on Zillow, realtor.com, and other sites, listing the property for 1.5 million (MLS#: 10550090).

If you need any additional information, please let us know.

Thank you,

about:blank

1/2



# HENRY COUNTY CODE ENFORCEMENT

533 Hampton Street · McDonough · Georgia 30253
Phone · (770) 288-6200 · Fax (770) 288-6199
www.co.henry.ga.us



**PLAINTIFF'S EXHIBIT**

J

## COMPLAINT FORM

DATE: 7/29/25     TIME: _____     TAKEN BY: _____     # 1659-2025

ADDRESS OF VIOLATION(S): 677 Panola Rd.

CITY:_____     CROSS STREET: _____

SUBDIVISION: _____     ZONING: _____

RESIDENT: _____

OWNER: Johnny Sturdivant     PHONE#: _____

ADDRESS: _____     PHONE#: 770·808·6262

CITY: _____     STATE: _____     ZIP: _____

COMPLAINANT: HCFD     PHONE#: _____

ADDRESS: _____

DETAILS OF COMPLAINT: _____
_____
_____
_____
_____

**ACTION TAKEN:**

| | | | |
|---|---|---|---|
| NO VIOLATION | ( ) | DATE: | _____ |
| CONTACT MADE WITH OWNER/RESIDENT | ( ) | DATE: | _____ |
| CONTACT MADE WITH COMPLAINANT | ( ) | DATE: | _____ |
| WARNING NOTICE ISSUED | ( ) | DATE: | _____ |
| CITATION ISSUED | ( ) | DATE: | _____ |
| NOTICE OR ORDER SENT | ( ) | DATE: | _____ |
| ASSIGNED TO OFFICER | ✓ | DATE: | 7/31/25 |
| CASE CLOSED | ( ) | DATE: | _____ |

COMMENTS: _____
_____
_____
_____
_____

ASSIGNED TO: JC     TIME ARRIVED: _____     DEPARTED: _____

# _____

7/30/25, 12:21 PM                                    Re: request - James A. Colson - Outlook





PLAINTIFF'S
EXHIBIT

J

From: James A. Colson <jcolson@henrycountyga.gov>
Sent: Tuesday, July 29, 2025 12:31 PM
To: Chenelle Rey <crey@co.henry.ga.us>; HCPD Intel <hcpdintel@co.henry.ga.us>
Cc: Barbara Dribnak <bdribnak@henrycountyga.gov>
Subject: Re: request

Thank you!

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android
_____

From: Chenelle Rey <crey@co.henry.ga.us>
Sent: Tuesday, July 29, 2025 12:12:50 PM
To: James A. Colson <jcolson@henrycountyga.gov>; HCPD Intel <hcpdintel@co.henry.ga.us>
Cc: Barbara Dribnak <bdribnak@henrycountyga.gov>
Subject: Re: request

We are in receipt and will get to this as soon as we can.



From: James A. Colson <jcolson@henrycountyga.gov>
Sent: Tuesday, July 29, 2025 12:11 PM
To: HCPD Intel <hcpdintel@co.henry.ga.us>
Cc: Barbara Dribnak <bdribnak@henrycountyga.gov>
Subject: request

This is Officer Colson, Code Enforcement. Request a search for Big Boot Ranch, 677 Panola Road, Ellenwood. Need to know if they are advertising for events, and or if they have held any events this year.

Case 1659-2025

Thanks
Colson

about:blank                                                                                                         2/2



**HENRY COUNTY CODE ENFORCEMENT**
114 South Zack Hinton Pkwy. McDonough. Georgia 30253
Phone 770-288-6200.  Fax 770-288-6199
www.co.henry.ga.us



PLAINTIFF'S
EXHIBIT
J

## OFFICER'S INVESTIGATION SUPPLEMENTAL FORM

CASE # 1659-2025

VIOLATION ADDRESS: 677 Panola BigBoot ranch

7/29/25 · BD
Colson on Intel
Colson talking to Chief Black
BD L/N search on mner

L/N @ 7/31/2025

Johnny Lee Sturdivant

O.C.G.A. §50-18-72(10)(A)        O.C.G.A. §50-18-72(20)(A)

404.510.4791
770.808.6262

PREPARED BY:

PLAINTIFF'S
EXHIBIT

J

# Redaction Log

PLAINTIFF'S
EXHIBIT
J

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| O.C.G.A. §50-18-72(20)(A) | 9 (2) | Records that reveal an individual's social security number, mother's birth name, credit card information, debit card information, bank account information, account number, utility account number, password used to access his or her account, financial data or information, insurance or medical information in all records, unlisted telephone number if so designated in a public record, personal e-mail address or cellular telephone number, day and month of birth, and information regarding public utility, television, Internet, or telephone accounts held by private customers, provided that nonitemized bills showing amounts owed and amounts paid shall be available. Items exempted by this subparagraph shall be redacted prior to disclosure of any record requested pursuant to this article; provided, however, that such information shall not be redacted from such records if the person or entity requesting such records requests such information in a writing signed under oath by such person or a person legally authorized to represent such entity which states that such person or entity is gathering information as a representative of a news media organization for use in connection with news gathering and reporting; and provided, further, that such access shall be limited to social security numbers and day and month of birth; and provided, further, that the news media organization exception in this subparagraph shall not apply to paragraph (21) of this subsection. |

# GEORGIA AGRITOURISM REGISTRY CERTIFICATE

This certificate acknowledges that

## BIG BOOT RANCH



**PLAINTIFF'S EXHIBIT**

**G**

located at

## 677 Panola Road, Ellenwood, GA 30294

is a registered Agritourism business with Georgia Grown, a program in the marketing division of the Georgia Department of Agriculture. This business is eligible for the limited liability as per Ga. Code Ann. § 48-5-7.4(p)(7)(B), Ga. Code Ann. §50-7-70, Ga. Code Ann. § 51-3-31 and Ga. Comp. R. & Regs. R. 40-28-1-.01 to 40-28-1-.06.

**Warning signage, as per O.C.G.A 51-3-31 (2010), must be prominently posted at each agritourism location.**

This registration is valid for three (3) years from the above date of issuance.

*Cheryl Smith*

(Authorized Signature)

**GAR-0204**

(Registration Number)

**3/25/24**

(Date)



GEORGIA grown





# HENRY COUNTY TAX COMMISSIONER
140 Henry Parkway  McDonough, GA 30253
(770) 288-8180 option 5
Website:  www.HenryCountyTax.com
Email:  occtax@co.henry.ga.us



## BUSINESS LICENSE VERIFICATION

JOHNNY STURDIVANT
BIG BOOT RANCH INC
677 PANOLA RD
ELLENWOOD, GA 30294

**Date:**   January 30, 2026

**Business Name:**    Big Boot Ranch Inc

**Business DBA:**    Big Boot Ranch Inc

**Location Address:**    677 PANOLA RD
ELLENWOOD, GA 30294

**Business License #:**   02239

To Whom it may concern

This letter serves as notice that the above named business has a current valid business license with in Henry County, valid through 12/31/2023.

This license has been in effect since  01/01/2013.

If you need additional information, please call our office at  (770) 288-8180 option 5.

Sincerely

Michael Harris
Tax Commissioner

Printed 1/30/2026; 8:45 am



PLAINTIFF'S
EXHIBIT
F



## Henry County Tax Commissioner

140 Henry Parkway  McDonough, GA 30253
(770) 288-8180 option 5 - Fax (770) 288-8190
Website: www.henrytc.org
Email: occtax@co.henry.ga.us

# 2021 OCCUPATIONAL TAX CERTIFICATE

**Business Name:** Big Boot Ranch
**Business Type:** Horse Stable
**Business Location:** 677 PANOLA RD, ELLENWOOD, GA 30294

**Account: 02239**

BIG BOOT RANCH
677 PANOLA RD
ELLENWOOD, GA 30294

Johnny Sturdivant

Unincorporated Henry County, Georgia for the period of  **01/01/2021**  to  **12/31/2021**

**Michael Harris
Henry County Tax Commissioner**

This certificate is *not transferable* and must be posted in a conspicuous place.

---

## IMPORTANT INFORMATION

- Detach and display certificate conspicuously at the place of business for which issued.

- This certificate is not transferable.  Any change in ownership must be made in person.

- A change in location and/or nature of business will require additional approval by the Planning Department.

- This Occupational Tax Certificate is renewed annually on January 1st. 10% penalty applies after 90 days.

Contact the Henry County Tax Commissioner's Office for additional information if needed at
(770) 288-8180 opt. 5

| Year | Amount Paid |
|------|-------------|
| 2021 | $ 127.00 |
| Date Paid | Paid By |
| 04/13/2021 | Big Boot Ranch |



PLAINTIFF'S EXHIBIT
F



**Michael C Harris**
Henry County Tax Commissioner

January 15, 2026

Dear Mr. Sturdivant

I am in receipt of your email dated January 14, 2026, regarding your request to renew your Occupational Tax Certificate.

We have had numerous conversations and correspondences regarding the County's requirements concerning the renewal process for your business. Based on the stated use of your business as provided by you.

While we recognize the Georgia Agritourism Certificate, having this designation does not exempt any business from the stated requirements, most notably those requirements for public Health and Life Safety.
Once all stated requirements have been satisfied by all reviewing departments, the occupational tax certificate will then be issued

I have attached a copy of a recent email sent to you by the Henry County Fire Department, which, once again, details this process

Best Regards,

Michael C. Harris
Henry County Tax Commissioner

Michael C. Harris | Henry County Tax Commissioner | 140 Henry Parkway McDonough, GA 30253
770.288.8180 | www.henrycountytax.com

PLAINTIFF'S
EXHIBIT
F

Outlook

**[EXTERNAL] Your name is on all these Acts**

From johnny sturdivant <bigbootranch@outlook.com>
Date Fri 12/12/2025 10:40 AM
To    Michael Harris <mharris@henrycountyga.gov>

**CAUTION:** This email originated from <u>OUTSIDE</u> of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

**From:** johnny sturdivant <bigbootranch@outlook.com>
**Sent:** Friday, December 12, 2025 8:51 AM
**To:** Michael Black <mblack@henrycountyga.gov>
**Subject:** Re: Fire Plan Review

Good Morning Mr. Black it has being two years since you shut down my business ,and after trying to reach out to you on numerous occasions  you choose not to respond for what ever reason,  and I never got a chance to exercise my rights because ,one question I never got a chance to ask you was ,what is the legal procedures for a fire marshal to be able to shut down a legal business ,I was never given any paper work of any kind leaving me  with no understanding  of my rights ,ability to appeal nor a clear understanding of what was needed done to clear up the matter with a time period to rectify the issue ,is this how you handle manners with all your encounters ,now you return with no explanation on why you are requesting a business of 25 years to start over the whole process as if I was a new business showing no concern what so ever ,You have visit my ranch and you saw that I have no building besides a Pavilion that I use with the public so why was the need to shut down my business ,can you please explain the legal steps  you took  when you shut down my business and choose not to return to resolve the issue ,I need to know my rights before going forward or send me the layout of the procedures that was taken and I will be open to moving forward ,Thank you

**From:** Michael Black <mblack@henrycountyga.gov>
**Sent:** Thursday, December 11, 2025 3:02 PM
**To:** bigbootranch@outlook.com <bigbootranch@outlook.com>
**Cc:** Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Santo T. Bowles <sbowles@henrycountyga.gov>
**Subject:** Fire Plan Review

Good afternoon,

After a discussion with all county departments involved in the approval process, and based off your application, your business application will be reviewed as a change in classification.  With a change in classification all current codes apply.  In order to further process your application we need to set up a free consultation to discuss the proposed business and activities taking place on the property.  As standard practice you will be asked to submit a business model in writing to assist with proper code application.  This critical information was left off the application.

Type of Service Being Provided (Please include a thorough description of what your business does during day-to-day operations)

In addition, you will be asked to submit a site/development plan outlining the intended use of the property and any structures on site. One requirement of the site/development plan is that it be completed by a design professional.  During our consultation you will be provided with all the necessary information moving forward.

Please reach out to our admin assistant to schedule your consultation.  I have provided the contact information below.  We look forward to working with you during this approval process.

 Outlook

PLAINTIFF'S EXHIBIT
F

**Re: [EXTERNAL] Renew Business License Big Boot Ranch 677 Panola rd, Ellenwood**

**From** Michael Harris <mharris@henrycountyga.gov>
**Date** Mon 11/10/2025 2:48 PM
**To**    johnny sturdivant <bigbootranch@outlook.com>
**Cc**    Melissa Babb <mbabb@henrycountyga.gov>; Katharine J. Blackwell <kblackwell@henrycountyga.gov>

Good afternoon Mr. Sturdivant,

Our office will notify the Fire Department and the Building Department and make them aware that you are requesting an inspection for your occupational tax/business license approval.  You should be contacted by representatives from both departments to schedule their respective inspections.

Best regards,

**Michael Harris**
Tax Commissioner

Phone: 770.288.8139
Email: mharris@henrycountyga.gov

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

---

**From:** johnny sturdivant <bigbootranch@outlook.com>
**Sent:** Monday, November 10, 2025 11:56 AM
**To:** Michael Harris <mharris@henrycountyga.gov>
**Subject:** [EXTERNAL] Renew Business License Big Boot Ranch 677 Panola rd, Ellenwood

You don't often get email from bigbootranch@outlook.com. Learn why this is important

**CAUTION:** This email originated from OUTSIDE of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

Good Morning ,I'm reaching out to you to find out when are you going to send the Fire Marshal back out to my ranch to check off his list of things he said needed done that I completed over a year ago ,I have been through the Planing and Zoining and they have sent the matter back to your office to handle,I'm sending you a copy of my State Georgia Agritourism Certificate which you said I needed ,so why are you  not Honoring  the state approval of my ranch,my business will continue to exist as long as I have the state approval which is good until 2026 when I will renew it, so you have no justifiable reason to contining to keeping me from providing services to kids,families, churches, schools, only you holds responsibility of not honoring the state decision,this has already gone too long and has caused my busineess catastrophic damages for no justifiable reason ,please resolve this matter  ASAP Thank you

**PLAINTIFF'S EXHIBIT**

F

**From:** Michael Black <mblack@henrycountyga.gov>
**Sent:** Thursday, December 11, 2025 3:02 PM
**To:** bigbootranch@outlook.com
**Cc:** Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Santo T. Bowles <sbowles@henrycountyga.gov>
**Subject:** Fire Plan Review

Good afternoon,

After a discussion with all county departments involved in the approval process, and based off your application, your business application will be reviewed as a change in classification. With a change in classification all current codes apply. In order to further process your application we need to set up a free consultation to discuss the proposed business and activities taking place on the property. As standard practice you will be asked to submit a business model in writing to assist with proper code application. This critical information was left off the application.

Type of Service Being Provided (Please include a thorough description of what your business does during day-to-day operations

---

In addition, you will be asked to submit a site/development plan outlining the intended use of the property and any structures on site. One requirement of the site/development plan is that it be completed by a design professional. During our consultation you will be provided with all the necessary information moving forward.

Please reach out to our admin assistant to schedule your consultation. I have provided the contact information below. We look forward to working with you during this approval process.

Kellie Young
Henry County Fire Prevention Bureau
Administrative Assistant
770-288-6637

Respectfully,



**Michael Black**
*Assistant Chief of Prevention*
*Fire Marshal*
Henry County Fire Rescue
Fire Prevention Bureau
O:770.288.6615
C:678.409.0574
mblack@co.henry.ga.us

2

PLAINTIFF'S
EXHIBIT
F
6

Outlook

**Re: BIG BOOT**

**From** Michael Harris <mharris@henrycountyga.gov>

**Date** Thu 10/23/2025 3:38 PM

**To** Toussaint M. Kirk <tkirk@henrycountyga.gov>; Santo T. Bowles <sbowles@henrycountyga.gov>

**Cc** Katharine J. Blackwell <kblackwell@henrycountyga.gov>; Melissa Babb <mbabb@henrycountyga.gov>; Michael Black <mblack@henrycountyga.gov>

Hey Toussaint & Santo,

I spoke back with our folks about the application for Big Boot Ranch.
This business was previously licensed as a Stable, with Riding Lessons. Based on that usage, a C.O. Was not required. When it became evident that his business model had changed to hosting birthday parties, etc., and he would be using the existing structures on site, it was then explained to him that he would need a C.O.
It now appears that his request is for an Event Center, which is completely different from his previous license, therefore, this would in fact be a NEW license, as opposed to a renewal.
At either rate, he will still certainly need to get approval from Fire, and from P & Z to confirm that he meets the Event Center requirements, since he has never been permitted or licensed as an Event Center.

Let me know if we need to discuss in more detail. I've also looped in Chief Black on this.

Thanks,
Michael

**Michael Harris**
Tax Commissioner

Phone: 770.288.8139
Email: mharris@henrycountyga.gov

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

From: Michael Harris <mharris@henrycountyga.gov>
Sent: Thursday, October 23, 2025 2:02 PM
To: Toussaint M. Kirk <tkirk@henrycountyga.gov>; Santo T. Bowles <sbowles@henrycountyga.gov>
Subject: Fw: BIG BOOT

Get Outlook for iOS

From: Lynn Carty <lcarty@co.henry.ga.us>
Sent: Thursday, December 7, 2023 3:53:33 PM
To: Michael Harris <mharris@co.henry.ga.us>
Subject: FW: BIG BOOT

Please see attached and lets discuss how we will handle this

PLAINTIFF'S EXHIBIT

F

7

Outlook

## Fw: [EXTERNAL] Inspection at Big Boot ranch

**From** Michael Harris <mharris@henrycountyga.gov>

**Date** Fri 4/19/2024 12:23 PM

**To**   Michael Black <mblack@co.henry.ga.us>

**Cc**   Lynn Carty <lcarty@co.henry.ga.us>; Katharine J. Blackwell <kblackwell@co.henry.ga.us>

Good afternoon Chief,

Please see our comments below.  When he voluntarily made the change from a Stable License to Party Facility (2021), he was told that he needed to redo his application.  That is when this whole thing started.  He said he he has also hosted parties, but that's not what his business application reflected.  Once that was made known to our office, and he amended the stated use, he was informed that he needed to reapply and go through the review process, which would include Life safety inspections, since he said he was having the public conducting parties and activities on the premises.  His argument has been that he should be grandfathered in and not have to make any improvements to his facility.

Thanks,
Michael

**Michael Harris**
Tax Commissioner

**Phone**: 770.288.8139
**Email**: mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** Katharine J. Blackwell <kblackwell@co.henry.ga.us>
**Sent:** Thursday, April 18, 2024 3:06 PM
**To:** Lynn Carty <lcarty@co.henry.ga.us>; Michael Harris <mharris@co.henry.ga.us>
**Subject:** Re: [EXTERNAL] Inspection at Big Boot ranch

That was the original issue back in 2021, he didn't want to complete another application.  I agree with Chief Black.

Kind Regards,

**Kathy Blackwell**
Property/Occupational Tax Specialist
**Phone**: 770.288.8160
**Email**: kblackwell@co.henry.ga.us

Please click here to rate my service.

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

From: Lynn Carty <lcarty@co.henry.ga.us>
Sent: Thursday, April 18, 2024 2:57 PM
To: Michael Harris <mharris@co.henry.ga.us>; Katharine J. Blackwell <kblackwell@co.henry.ga.us>
Subject: RE: [EXTERNAL] Inspection at Big Boot ranch



PLAINTIFF'S EXHIBIT F

I agree, I believe he does not want to complete a new application

**Lynn Carty**
**Deputy Tax Commissioner**
Phone: 770.288.8157
Email: Propertytax@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

From: Michael Harris <mharris@co.henry.ga.us>
Sent: Thursday, April 18, 2024 2:52 PM
To: Lynn Carty <lcarty@co.henry.ga.us>; Katharine J. Blackwell <kblackwell@co.henry.ga.us>
Subject: Fw: [EXTERNAL] Inspection at Big Boot ranch

Your thoughts on Chief Black's comments....

**Michael Harris**
Tax Commissioner

Phone: 770.288.8139
Email: mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

From: Michael Black <mblack@co.henry.ga.us>
Sent: Thursday, April 18, 2024 1:57 PM
To: Michael Harris <mharris@co.henry.ga.us>
Cc: Pat Wilson <dwilson@co.henry.ga.us>
Subject: FW: [EXTERNAL] Inspection at Big Boot ranch

Good afternoon,

I have a question concerning Big Boot Ranch. According to the attached email the state has approved a Georgia Agritourism Certificate. Does this constitute a change in business classification? If I remember correctly they were originally in the system as having a stable licenses. For a change in classification they would need to apply for a business license as such and be approved through P&Z to operate in that location. After they have completed the business license apps and receive approval from P&Z;

the official new business license for re-inspection would then take place. I just trying to make sure we are on the same page here. He has sent me a certified letter vial mail (which was a copy of the below email) and I have not responded as of yet. Normally everything else has to be in place before the app is assigned to us through HDL. Please call if you have any questions or have more info.

Thank you



PLAINTIFF'S
EXHIBIT

F

8



**Michael Black**
*Assistant Chief of Prevention*
*Fire Marshal*
Henry County Fire Rescue
Fire Prevention Bureau
O:770.288.6615
C:678.409.0574
mblack@co.henry.ga.us

**From:** johnny sturdivant <bigbootranch@outlook.com>
**Sent:** Wednesday, April 3, 2024 12:19 PM
**To:** Michael Black <mblack@co.henry.ga.us>
**Subject:** [EXTERNAL] Inspection at Big Boot ranch

You don't often get email from bigbootranch@outlook.com. Learn why this is important

**CAUTION:** This email originated from **OUTSIDE** of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

Good Evening  Mr. Black Mr. Harris ask me to reach back out to you about the corrections that you stated that was needed at my ranch ,I informed Mr. Harris the tax commissioner that your demands have been corrected ,I have running water in the small building and water running to a handwashing sink in the area, the animal manure was cleaned up ,all bad boards on the playground set was changed out, around each building waste has been hauled away ,I'm in the process of buying a new Fire extinguisher I need to know is a certain size required, also I reach out to the State of Georgia  about my business and my ranch was approved and given a Georgia Agritourism certificate see attachment, which was being required from the Tax office ,so once you release and give the ok the tax office is willing to renew my license , I'm trying to get this issue resolved as soon as possible this has been devastating to my business and I will appreciate your immediate attention Thank you  Johnny Sturdivant owner

 **Outlook**

PLAINTIFF'S EXHIBIT F

## Fw: [EXTERNAL] Renewing Business License

From  Michael Harris <mharris@henrycountyga.gov>
Date  Tue 3/26/2024 1:35 PM
To    Michael Black <mblack@co.henry.ga.us>
Cc    Lynn Carty <lcarty@co.henry.ga.us>; Katharine J. Blackwell <kblackwell@co.henry.ga.us>

Hey Chief Black,

I received the below email from Mr. Sturdivant earlier today, regarding the Big Boot Ranch.  I'm unclear as to what he's referring to regarding me asking you to not contact him.  It is my understanding that a reinspection would need to be conducted by your office to confirm completion of all the previously noted code deficiencies.
Could you please confirm if this is the case, and if so, I will reach back out to Mr. Sturdivant to let him know that he will need to schedule the reinspection directly with office.

Thanks,
Michael

**Michael Harris**
Tax Commissioner

**Phone:** 770.288.8139
**Email:** mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



**HENRY COUNTY**

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** johnny sturdivant <bigbootranch@outlook.com>
**Sent:** Tuesday, March 26, 2024 12:02 PM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** [EXTERNAL] Renewing Business License

You don't often get email from bigbootranch@outlook.com. Learn why this is important

**CAUTION:** This email originated from OUTSIDE of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

Good Morning Mr. Harris I'm reaching out to you about renewing my business license, I have completed all the changes that the Fire Marshal Mr. Black said was needed ,I tried to reach out to him but you had informed him not to respond to me and to direct me to respond only to you, also I have applied for  the Georgia Agritourism through the State of Georgia and was approved and was sent a certificate which I'm sending you a copy of, that you  said I needed , so I'm ready to come in and renew my Business license that I have had for 26 years ,Thank you for your time 📄 Georgia Agritourism Registry 3-25-24.pdf

PLAINTIFF'S
EXHIBIT
F

10

◉ Outlook

## Re: [EXTERNAL] Renewing Business License

**From** Michael Harris <mharris@henrycountyga.gov>
**Date** Wed 3/27/2024 3:59 PM
**To** johnny sturdivant <bigbootranch@outlook.com>
**Cc** Michael Black <mblack@co.henry.ga.us>; Lynn Carty <lcarty@co.henry.ga.us>

Good afternoon Mr. Sturdivant,

I'm glad to hear that you've taken steps to resolve the issues denoted by the Henry County Fire Department during their recent inspection. I have not informed anyone to "..not speak with you directly" , so I don't know where that assertion comes from. Given that it was The Henry County Fire Department that conducted the inspection, they would be the ones to conduct any subsequent re-inspections and make a determination regarding compliance on meeting Life/Safety Code requirements.
I have copied Capt. Black with the Henry County Fire Department on this email, so that they can coordinate with you to schedule the re-inspection.
Upon approval from the Henry County Fire Department, we can proceed with processing your license renewal, so long as all required information is received, and upon receipt of payment.

Best regards,

**Michael Harris**
Tax Commissioner

**Phone:** 770.288.8139
**Email:** mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

---

**From:** johnny sturdivant <bigbootranch@outlook.com>
**Sent:** Tuesday, March 26, 2024 12:02 PM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** [EXTERNAL] Renewing Business License

You don't often get email from bigbootranch@outlook.com. Learn why this is important

**CAUTION:** This email originated from <u>OUTSIDE</u> of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

Good Morning Mr. Harris I'm reaching out to you about renewing my business license, I have completed all the changes that the Fire Marshal Mr. Black said was needed ,I tried to reach out to him but you had informed him not to respond to me and to direct me to respond only to you, also I have applied for the Georgia Agritourism through the State of Georgia and was approved and was sent a certificate which I'm sending you a copy of, that you said I needed , so I'm ready to come in and renew my Business license that I have had for 26 years ,Thank you for your time📄 Georgia Agritourism Registry 3-25-24.pdf

**Fw: 02239 Big Boot Ranch**

Katharine J. Blackwell <kblackwell@co.henry.ga.us>
Mon 11/6/2023 3:07 PM
To:Michael Harris <mharris@co.henry.ga.us>;Lynn Carty <lcarty@co.henry.ga.us>

I received this from Kellie with the fire department.

Kind Regards,



**Kathy Blackwell**
Property/Occupational Tax Specialist

**Phone**: 770.288.8160
**Email**: kblackwell@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



---

**From:** Kellie B. Young <kyoung@co.henry.ga.us>
**Sent:** Monday, November 6, 2023 12:05 PM
**To:** Katharine J. Blackwell <kblackwell@co.henry.ga.us>
**Subject:** 02239 Big Boot Ranch

Good morning.
Chief Black asked me to contact the owner of Big Boot Ranch to schedule an onsite visit for his business. I am unable to get anything on the calendar as the owner has stopped communicating with me. I advised Chief Black and he asked that I keep your department updated. I attached my email to/from Mr. Sturdivant in HDL.



**Kellie Young**
*Administrative Coordinator of Inspections*
Henry County Fire Rescue
Fire Prevention Bureau
O:770.288.6637
kyoung@co.henry.ga.us

12

**Fw: [EXTERNAL] Fire marshal site visit: Big Boot Ranch**

PLAINTIFF'S
EXHIBIT
F

Michael Harris <mharris@co.henry.ga.us>

Tue 11/7/2023 2:09 PM

To:Michael Black <mblack@co.henry.ga.us>
Cc:Cheri Matthews <cmatthews@co.henry.ga.us>;Holly Lafontaine <hlafontaine@co.henry.ga.us>

Good afternoon Chief Black,

Thank you for conducting a complimentary inspection at the above noted business. As Mr. Sturdivant has refused to update his application for several years, and given that the business hosts children's parties and and other functions that are open to the public, it was critical that an up to date inspection was conducted prior to our approving his license renewal for the upcoming year.

Cheri/Holly,

Wanted to make you both aware of this matter, given the threat of legal action by the business owner.

Best regards,

Michael

**Michael Harris**
Tax Commissioner

**Phone:** 770.288.8139
**Email:** mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** Johnny Sturdivant <bigbootranchinfo@gmail.com>
**Sent:** Tuesday, November 7, 2023 1:27 PM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** [EXTERNAL] Fire marshal site visit

**CAUTION:** This email originated from OUTSIDE of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

I was informed today that you had requested a site visit by Michael Black fire marshal,for no other reasons than to continue harassing my business and trying to force me to apply for a new license,now for no other reasons but continuing to harass and discriminate against my business now through your personal attacks you have Violated my Rights to do business free from retaliation and harassment , you have ignored my rights to do business under the grandfather clause, I refuse to apply for a license that I have had for twenty five years,through the marshals finding he will be sending his findings to you and letting you make the determination of not issuing me a license, I will be filing suit against the county for your office years of harassment and discrimination and now closing down my business

13

**FW: [EXTERNAL] Re: Occupational Tax - Record Needs Updating**



PLAINTIFF'S EXHIBIT
F

Lynn Carty <lcarty@co.henry.ga.us>

Mon 8/21/2023 2:42 PM

To:Michael Harris <mharris@co.henry.ga.us>

Lets discuss, please

**Lynn Carty**
Deputy Tax Commissioner

**Phone:** 770.288.8157
**Email:** LCarty@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

---

**From:** Kristen L. Stewart <kstewart@co.henry.ga.us>
**Sent:** Wednesday, August 16, 2023 7:52 AM
**To:** Lynn Carty <lcarty@co.henry.ga.us>
**Subject:** FW: [EXTERNAL] Re: Occupational Tax - Record Needs Updating

He just added to the first email so it looked like it was all one. I highlighted the new part of it.

Thank you,

**Kristen Stewart**
Property/Occupational Tax Specialist

**Phone:** 770.288.8161
**Email:** kstewart@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

TAX COMMISSIONER'S OFFICE
SERVICE · INTEGRITY · TRUST

---

**From:** Johnny Sturdivant <bigbootranchinfo@gmail.com>
**Sent:** Monday, August 14, 2023 5:34 PM

Subject: [EXTERNAL] Re: Occupational Tax - Record Needs Updating





Some people who received this message don't often get email from bigbootranchinfo@gmail.com. Learn why this is important

**CAUTION:** This email originated from OUTSIDE of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

In regards to this email I need to know is this a demand and whom are the person or persons responsible or ordering this action , I have the right to request who sent this email since no name is placed on the email

On Mon, Aug 14, 2023 at 3:00 PM Johnny Sturdivant <bigbootranchinfo@gmail.com> wrote:

I have updated my the the information online when I renewed my business license which does not require me to file for a new license ,over the last five years I have been constantly harassed and discriminated against from staff members to the point of not excepting payment to renew my license and this has been going on for years forcing me to renew every year late and now you are trying to force me to file for a new license to close my business down after over twenty five years of serving the public doing the same thing from day one, I will be seeking remedies and the proper legal channels to look into this matter

On Mon, Aug 14, 2023 at 2:27 PM <occtax@co.henry.ga.us> wrote:

02239
Big Boot Ranch
Big Boot Ranch
677 PANOLA RD ELLENWOOD, GA 30294
ELLENWOOD, GA 30294

Dear Business Owner,

The Henry County Occupational Tax Department is in the process of updating our records and ask that you take the time to complete all pages of the homebased application in its entirety to ensure that we have all information for the business on file. A completed application will also need to include a copy of your current drivers license and LLC/INC papers if applicable.

To return the application once it is completed, it can be emailed to us at occtax@co.henry.ga.us, mailed to 140 Henry Parkway McDonough, GA 30253, or you may bring it to the office.

If you choose to email us your documents, please make sure to include your account number.

We appreciate your cooperation in this matter to keep our records up to date.

For any questions, please contact us at occtax@co.henry.ga.us or 770-288-8180 opt 5.

Sincerely,

Henry County Occupational Tax Dept.
140 Henry Parkway
McDonough, GA 30253

now your office and personnel has chosen to attack my business for personal reasons , and now attempting to shut down my business,you stayed in our phone conversation that a case was open on my business, but you couldn't say why, and who ,this can be resolved very easily by simply checking your records to see what I'm saying is true, but your excuse is your records does not go back that far so you choose to harass my business with no apparent reason, I will be taking other steps to resolve this ongoing harassment and discrimination against my business

PLAINTIFF'S
EXHIBIT
F
_____

On Thu, Aug 31, 2023 at 2:56 PM Michael Harris <mharris@co.henry.ga.us> wrote:
Good afternoon Mr. Sturdivant,

As a follow up to our recent conversation, and per your request,  I've asked our staff to prepare a detailed list of the information needed at this time in order to accurately update your business license file.  We have been going through the process of updating the business license files for numerous businesses over the past few years.  We have attempted to obtain this information from you previously, but you have refused to provide it.  Other similar businesses have complied with our requests over the years, particularly as it relates to obtaining their required Agritourism License.  A comprehensive guide on Agritourism here in Georgia has also been provided for your use.  The guide details all the various business types that fall into the agritourism category, and as you'll see, Farm Parties, Tours and Fieldtrips clearly meet this definition.
Please note that failure to provide the required updated license information and receive the appropriate approvals from the County by the end of the year, may result in your inability to renew your business license for the upcoming year.

Should you have any questions regarding this process, or should you wish to discuss this mater in further detail, please feel free to contact directly.

Best regards,


**Michael Harris**
Tax Commissioner

**Phone**: 770.288.8139
**Email**: mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** Kristen L. Stewart <kstewart@co.henry.ga.us>
**Sent:** Thursday, August 24, 2023 9:37 AM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** Directions for Obtaining Licensing for Gathering (Birthday Parties, Fieldtrips) and Farm Tours at a Residential Property

The following directions would need to be followed to obtain licensing for gatherings and farm tours at a residential property:

1. Contact Planning and Zoning at 770.288.7326 to make sure that what you are wanting to do is allowed based on zoning. They will be able to determine if a conditional use will need to be applied for.

2. Once confirmation from Planning and Zoning is obtained a commercial application will need to be submitted. It will be sent to Planning and Zoning for sign off.

3. Once we have sign off from Planning and Zoning you will be sent an email from occtax@co.henry.ga.us with contact information from Fire and Building. You will need to contact them to set up a day for inspection. You will also need to contact the Department of Agriculture to make application for your agritourism license. They can be contacted at 404-656-3680 or georgiagrown@agr.georgia.gov

   a. The Fire inspection fee is $150.00

   b. The Building inspection fee is $100.00

4. Once we have sign off from all departments, a copy of the certificate of occupancy, and a copy of the agritourism license we can then set the account up for payment.

5. After payment is received and processed we can the send you a copy of your Occupational Tax Certificate and Certificate of Occupancy.

PLAINTIFF'S EXHIBIT

F

Thank you,

**Kristen Stewart**
Property/Occupational Tax Specialist

**Phone:** 770.288.8161
**Email:** kstewart@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

15

**Re: [EXTERNAL] Re: Fw: Directions for Obtaining Licensing for Gatherings (Birthday Parties, Fieldtrips) and Farm Tours at a Residential Property**

Johnny Sturdivant <bigbootranchinfo@gmail.com>

Fri 9/1/2023 12:41 PM

To:Michael Harris <mharris@co.henry.ga.us>

PLAINTIFF'S EXHIBIT F

I looked over the program again and saw some of the programs that is covered is related to my business, but there is nothing covering pre-existing businesses , when this program was put in place my business should have simply placed under this category because you office approved me a license to do some of the things that is listed,so I ask you to put me under the category that is related to my business,if you have any questions about my functions of my business to clear this up without filing for a new license I will be cooperative ,if not I will need to see the state law obtaining to pre-existing businesses

On Fri, Sep 1, 2023 at 12:02 PM Johnny Sturdivant <bigbootranchinfo@gmail.com> wrote:

I looked over it and this Agritourism has nothing to do with what I do,again your office is trying to push my business in categories that's not related to my business at all, how do you expect me to get approved for a license that is not related to my business , I say to you again look at your records and you will see what I got approved for, and charged me for all these years, your records we are clearly resolve this issue

On Fri, Sep 1, 2023 at 11:22 AM Michael Harris <mharris@co.henry.ga.us> wrote:

The information you requested is included in the attached document, beginning on Page 45.

Best regards,

**Michael Harris**
Tax Commissioner

**Phone:** 770.288.8139
**Email:** mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** Johnny Sturdivant <bigbootranchinfo@gmail.com>
**Sent:** Friday, September 1, 2023 11:04 AM
**To:** Michael Harris <mharris@co.henry.ga.us>
**Subject:** Re: [EXTERNAL] Re: Fw: Directions for Obtaining Licensing for Gatherings (Birthday Parties, Fieldtrips) and Farm Tours at a Residential Property

When I applied for my license I was in full compliance with all rules and regulations and was granted a license to do what I have doing for over twenty years and you have not given me any reason to say that I'm not in compliance,no public complaints or any thing you have personally seen yourself, and you have failed to show me that I'm required to file for a new license for no reason other than you want me to to inflict unnecessary costs and stress, I do not have to file for new license for you to see that I'm in compliance you can simply ask me questions of my operation, you have chosen to go to the extreme for no reason,if every business in Henry county has not been notified to file for a new license I refuse to be singled out for no apparent reason,your practices is not supported by the law ,send me the state law

relating to pre-existing businesses before this category was put in place, for you to ask me to file for a new business license are you saying I don't have a license to do what I have been doing for twenty plus years or you just not sure I'm not in compliance, can you answer that question for me

On Fri, Sep 1, 2023 at 10:06 AM Michael Harris <mharris@co.henry.ga.us> wrote:
Good morning Mr. Sturdivant,

As our records indicate and as previously stated, we having been attempting to work with you for several years to bring your business license into full compliance. We have done this in the same manner that we have worked with numerous other businesses throughout Henry County, who have taken the steps necessary to update their business license information. I can assure you that no one is harassing you or discriminating against you, but rather simply doing their job to ensure that businesses in Henry County meet all applicable local, state and federal regulations.
I look forward to hearing back from you and working with you to resolve this matter.

Best regards,

**Michael Harris**
Tax Commissioner

Phone: 770.288.8139
Email: mharris@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

www.HenryCountyTax.com



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST



PLAINTIFF'S EXHIBIT
F

---

From: Johnny Sturdivant <bigbootranchinfo@gmail.com>
Sent: Friday, September 1, 2023 8:44 AM
To: Michael Harris <mharris@co.henry.ga.us>
Subject: [EXTERNAL] Re: Fw: Directions for Obtaining Licensing for Gatherings (Birthday Parties, Fieldtrips) and Farm Tours at a Residential Property

**CAUTION:** This email originated from OUTSIDE of Henry County Government. Do not click links or open attachments unless you recognize the sender and know the content is safe. When in doubt, use the Phish Alert Button or create a helpdesk ticket.

This is a continuously form of personal harassment and discrimination that my business has been experiencing for over the last five years each year your office has forced my business to file late each year and having to operate without a license for months because my Stable Licence is not due till June, your office has refused my payment each year and forced me to file late and pay late fees. Each year, me challenging your practice has led your office to personal attacks against my business and now your office is threatening, shutting down my business, that has operated for over 20 years, doing the same thing every year with no citations ever, I have address this problem with your office changing the title of what my business consist of and your office Excuse has been your records does not go back that far which is not my problem. Agritourism did not exist when I filed for my license over 20 years ago they use to put parties on my license and years later changed my title. I am not a new business filing for a license, I have been doing the same thing for over twenty years and I refuse to start this process over again merely because I'm a African American business that has challenged your office practices and

*16*

# ACCOUNT NOTES

## Business License Division

1/1/2020 to 12/31/2025



NOTE: Accounts without notes will not be displayed in this report

## Business Information

Account Name:    Big Boot Ranch Inc

Street Address:    677 PANOLA RD

City, State, Zip:    ELLENWOOD, GA 30294

Account Number:  02239

## Note Date and Information

| Date | Information |
|---|---|
| 11/10/2025 | Customer has a change of service. |
| 10/20/2025 | Emailed Officer Colson about P&Z denying the application. |
| 08/25/2025 | |
| 08/08/2025 | Officer Colson called and was given this case. Off. Colson said through their Intel, this property has been thoroughly investigated and they do not see that he is operating. Off. Colson said he spoke with Mr. Sturdivant on Thursday, he stated Mr. Sturdivant is wanting to open back up his facility. Off. Colson is trying to help get owner to comply with us. I gave him all the info we need. We need a complete and notarized application, driver's license. Customer will need to go through the P&Z, Fire and Building process and will need to get caught up with his fees. |
| 07/23/2025 | We received an incomplete application from owner. Michael asked me to forward the application to Chief Black at Fire to see if he can go back out there . Also asked the Chief if Fire had the authority to shut him down. |
| 11/08/2023 | Chief Black - I went out to location on 11/7/2023. Owner called and provided 1hr window for complimentary inspection. I was there at the request of the tax office. It is obvious the business classification is no longer stables. This is an event venue based advertisement located at entry to property and how the owner described his business model. No stables or horses on property. Signage on property also stated horses are off site. I videoed multiple fire code, building code, and health code violations on-site. Specifically the presence of animal feces in a building being described as the dining area for kids birthday parties. I commented on the need for the owner to follow proper procedures for zoning approval and business license requirements. Official building and fire review will come later in the process if it gets that far. I informed the owner that the property will not pass inspections as is. He stated that he will not apply for any license and does not have the money to fix the issues . I then instructed the owner that operation of the venue would be in violation of state and local codes and that the public would not be allowed on the property as is, and that code enforcement will be involved moving forward. |
| 11/07/2023 | Per Michael Harris if Johnny Sturdivant calls or comes in person get or to forward all calls to Michael, do not discuss anything with Mr. Sturdivant. |
| 11/07/2023 | 11/7/2023 Kellie called and let us know Chief Black went out this morning. He found MULTIPLE FIRE SAFETY VIOLATIONS. Chief said customer refuses to fix problems and states he will no longer speak with occ. tax office. Chief advised him to stop operating or comply or next step will be arrest. Chief asked for Michael to call him, |
| 11/07/2023 | Mr. Sturdivant emailed me back and said he would meet someone on site today between 11 and noon. Per Chief Black Lt. Evans will be on site at that time. |
| 11/06/2023 | Multiple attempts have been made to schedule a site visit for this account. Mr. Sturdivant did respond to an email (see files) after my reply to his email, I no longer received emails or return calls from Mr. Sturdivant. I advised Chief Black and he said to advised OCC tax. |
| 11/02/2023 | Per Chief Black, called and left msg to schedule an on site consultation; followed up with an email. |

Date: 1/30/2026

*17*

08/24/2023 — Michael spoke with Mr. Sturdivant on 08/23/2023 and Mr. Sturdivant confirmed that he is indeed having birthday parties/fieldtrips on his property. When he renewed his license in May he changed his license description to reflect this but it did not go through the correct protocol to be approved. What he is doing would require a commercial app - approval from p&z, fire, and building - agritourism license from dept of ag. he has never been approved for what he changed his license to therefore we cannot renew his license for 2024 with what it currently says. If he would like to keep it as this he will need to go through the appropriate steps.

05/10/2023 — bigbootranchinfo@gmail.com

05/08/2023 — Customer came in to renew without his stable license. The last one we have on file expired in 2022. I told him we need a copy of that license to have a current one on file. He says they expire every year in June therefore he should've already had one good until 2023. He stated he is not paying late fees because it isn't his fault that two departments don't coordinate. I told him that the license he has should be 2023 because of his renewal last year with the Department of Agriculture and I still could not get him to understand. Gave contact information for Lynn since we were not getting anywhere.

04/13/2021 — Talked to owner he will come in to the office and pay. we have his stable lic good until June 2021 attached. He did come in March to renew and had problem getting copy of stable lic.

03/17/2021 — John filled out application to amend name. Once I told him it had to go back through P&Z he took it back, he didn't understand how his service ever got change the first place. I explained I don't see where is service changed and if his service was always kids parties why did he get a Stable License and then renew it every year, he said that was what he was told to do. He will let us know what he will do, he wants to talk to some people first. Told him we will not charge him a late fee since he has been in here 2x already to renew.

03/17/2021 — Owner called and stated that he came in to renew his business license and we were missing his Dep of Ag Stable License. I pulled up the Stable Lic and attached it for 2020 lic and emailed it to him. He did mention that he was no longer giving riding lessons nor did he ever board horses they were only his personal horses. He states he was changed to a Stable only in the past 4+ years. We have no paperwork on file with the change. He is having the Dept of Ag to come out at the end of this month and will put in the system that he no longer needs a Stable License. Advised to complete a amended app to change up the Services from a Horse Stable. He states he is a farm and the schools come out to do tours. Advised not sure if his app needs to go back through Planning & Zoning. He has a license here for 26 years.

03/16/2021 — Owner came in to renew, doesn't know anything about the stable license, gave him the information for the Dept. of AG.

04/21/2020 — Talked with owner advised we need a copy of his current Dept of Ag Stable License He states he has not received anything from them yet. I advised he needed to contact someone with the Dept of Ag to find out about getting a copy of his lic from them to email to us.



PLAINTIFF'S
EXHIBIT
F

It must be emphasized that this information was provided by the applicant. We cannot guarantee the accuracy or content of this data.

Date: 1/30/2026

 Outlook


**PLAINTIFF'S EXHIBIT**
F

RE: Big Boot Ranch Discussion

From Michael Black <mblack@henrycountyga.gov>

Date Tue 12/9/2025 2:29 PM

To      Michael Harris <mharris@henrycountyga.gov>; Santo T. Bowles <sbowles@henrycountyga.gov>; Kamau As-Salaam
        <ksalaam@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Craig Hutter <chutter@henrycountyga.gov>

Cc      Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>; Katharine J. Blackwell
        <kblackwell@henrycountyga.gov>; Melissa Babb <mbabb@henrycountyga.gov>

Good afternoon,

Thank you for the response. I am still waiting on P&Z, but I have attentively placed the meeting invite for 10am tomorrow. I will update if any changes. Thank you



**Michael Black**
*Assistant Chief of Prevention*
*Fire Marshal*
Henry County Fire Rescue
Fire Prevention Bureau
O:770.288.6615
C:678.409.0574
mblack@co.henry.ga.us

**From:** Michael Harris <mharris@henrycountyga.gov>
**Sent:** Tuesday, December 9, 2025 2:06 PM
**To:** Santo T. Bowles <sbowles@henrycountyga.gov>; Michael Black <mblack@henrycountyga.gov>; Kamau As-Salaam
<ksalaam@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Craig Hutter <chutter@henrycountyga.gov>
**Cc:** Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>; Katharine J. Blackwell
<kblackwell@henrycountyga.gov>; Melissa Babb <mbabb@henrycountyga.gov>
**Subject:** Re: Big Boot Ranch Discussion

Good afternoon All,
Either myself, Kathy Blackwell or Melissa Babb will be available to tomorrow as well. Just let us know once a time has been confirmed.

Thanks,
Michael

**Michael Harris**

Tax Commissioner

Phone: 770.288.8139

Email: mharris@henrycountyga.gov



**HENRY COUNTY**

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

McDonough, GA 30253

www.HenryCountyTax.com

PLAINTIFF'S
EXHIBIT
F

**From:** Santo T. Bowles <sbowles@henrycountyga.gov>
**Sent:** Tuesday, December 9, 2025 9:58 AM
**To:** Michael Black <mblack@henrycountyga.gov>; Kamau As-Salaam <ksalaam@henrycountyga.gov>; Michael Harris <mharris@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Craig Hutter <chutter@henrycountyga.gov>
**Cc:** Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>
**Subject:** Re: Big Boot Ranch Discussion

I am available tomorrow, just let me know what time.

Safe Regards,

**Santo Bowles**

**Director, Building & Plan Review**

140 Henry Parkway

McDonough, GA 30253

770-288-6051

sbowles@henrycountyga.gov

www.henrycountyga.org



**HENRY COUNTY**
Government

**From:** Michael Black <mblack@henrycountyga.gov>
**Sent:** Tuesday, December 9, 2025 9:54 AM
**To:** Santo T. Bowles <sbowles@henrycountyga.gov>; Kamau As-Salaam <ksalaam@henrycountyga.gov>; Michael Harris <mharris@henrycountyga.gov>; Jeffrey Morrison <jmorrison@henrycountyga.gov>; Craig Hutter <chutter@henrycountyga.gov>
**Cc:** Billy R. Petite <bpetite@henrycountyga.gov>; Kellie B. Young <kyoung@henrycountyga.gov>
**Subject:** Big Boot Ranch Discussion

Good morning,

I would like to request a zoom meeting to discuss Big Boot Ranch. Their application is showing in HDL for NBL. The application is lacking a true description for the intended business. There has been a classification change according to the information in the system. There is also no history of a special event venue at this location (stable license). In order for the Fire Department to issue a certificate of occupancy an event center should be approved and documented for this location. Once this happens then the building department and fire should conduct an official review to ensure proper code is applied and work is completed to reflect that of a special event venue. In 2023 the FD visited the site as a courtesy to the tax office. Work must be completed on the property prior to doing business as an event center under current code (change of class).

The fire department cannot move forward with a new business license inspection. I would like to meet via Zoom sometime this week to discuss this matter. If you are available please let me know and we can get a meeting set up where everyone is present. Thank you for your assistance in this matter.



**Michael Black**
*Assistant Chief of Prevention*
*Fire Marshal*
Henry County Fire Rescue
Fire Prevention Bureau
O:770.288.6615
C:678.409.0574
mblack@co.henry.ga.us



PLAINTIFF'S EXHIBIT
F



PLAINTIFF'S
EXHIBIT
E

**2:38**



occtax  Aug 14

02239 Big Boot Ranch Big Boot Ranch 677 PANO...



me  Aug 14
to occtax ⌄

I have updated my the the information online when I renewed my business license which does not require me to file for a new license ,over the last five years I have been constantly harassed and discriminated against from staff members to the point of not excepting payment to renew my license and this has been going on for years forcing me to renew every year late and now you are trying to force me to file for a new license to close my business down after over twenty five years of serving the public doing the same thing from day one, I will be seeking remedies and the proper legal channels to look into this matter

...



me  Aug 14
to occtax ⌄

In regards to this email I need to know is this a demand and whom are the person or persons responsible or ordering this action , I have the right to request who sent this email since no name is placed on the email

...

↩  Reply    ↪  Forward

Pack 2

2:24

PLAINTIFF'S
EXHIBIT
E

~~that's not related to my business at all,~~ now do you expect me to get approved for a license that is not related to my business , I say to you again look at your records and you will see what I got approved for,  and charged me for all these years, your records we are clearly resolve this issue

...

Draft

On Fri, Sep 1, 2023 at 12:02 PM Johnny Stu...

**me** Sep 1
to Michael

I looked over the program again and saw some of the programs that is covered is related to my business, but there is nothing covering pre-existing businesses , when this program was put in place my business should have simply placed under this category because you office approved me a license to do some of the things that is listed,so I ask you to put me under the category that is related to my business,if you have any questions about my functions of my business to clear this up without filing for a new license I will be cooperative ,if not I will need to see the state law obtaining to pre-existing businesses

...

↩ **Reply**        ↪        **Forward**

2:40



PLAINTIFF'S
EXHIBIT
E
_____

## Business license Inbox ☆

me  May 9
to kdjohnson@co.henry.ga.us ⌄

For over 8 years my business has been subject to harassment and unlawful terms every year, I have been in businesses for over 25 years your office has changed my business title to something that is not related to my business,my license was applied for doing kids and family events,parties,field trips,family reunions,which I been doing for 25 years now you're office has labeled me equine, and stable,every year your office has refused to except payment for my license unless I provide proof that stable license is up to date, I came in yesterday to make a payment and was refused to accept payment leaving my business to operate unlawfully although I had proof that I went online and I was paid up to 2024 because it's always are due on June 1 each year,it's shows in your system that it was paid last year and the acting supervisor refused to except that and demanded a copy of my license, I go through this harassment every year with the same person,they have been waiving the late fee because I don't receive my notice for my stable license until about April each year,she saw proof in her system that 2022 license is posted which common sense would tell you that's it's good until 2023 which she didn't care and then she stated I had to pay all late fees this is totally harassment and unnecessary but your office

2:41

PLAINTIFF'S
EXHIBIT
E
_____

harassment and discrimination.now it's costing me more money for my license because you're office refuses to except payments until I show proof every year which I don't have any control of when my stable license is due,this merely an attempt to push my business out of existing,which you're office has been doing for years, I refuse to continue to except the harassment from your staff and office,my business is Big Boot Ranch

**me**  May 10

On Tue, May 9, 2023 at 9:46 AM Johnny Sturdiv...

**Kelly Johnson**  May 10
to me, Denise, Michael ⌄

Dear Mr. Johnny Sturdivant,

I have received your email and concerns about your business. I did send a copy of this email to the appropriate department that handles the business license yesterday.  They may be very busy at the moment but they will get back with you and address your concerns. I work in the Assessor's office and do not handle business license. Since this is the second email you have sent me, I will resubmit it to the correct department.

Hope you have a great day.

Thank you,

Kelly Johnson



PLAINTIFF'S EXHIBIT E

**2:44**

Thanks again,

**Denise Springer**
Property/Occupational Tax
Specialist

**Phone**: 770.288.8155
**Email**: dspringer@co.henry.ga.us

140 Henry Parkway
McDonough, GA 30253

**www.HenryCountyTax.com**



HENRY COUNTY

**TAX COMMISSIONER'S OFFICE**
SERVICE · INTEGRITY · TRUST

---

**From:** Kelly Johnson <kdjohsnon@co.henry.ga.us>
**Sent:** Wednesday, May 10, 2023 2:31 PM
**To:** Johnny Sturdivant
<bigbootranchinfo@gmail.com>
**Cc:** Denise Springer <dspringer@co.henry.ga.us>;
Michael Harris <mharris@co.henry.ga.us>
**Subject:** Re: [EXTERNAL] Re: Business license

...

**VIEW ENTIRE MESSAGE**

 **Kelly Johnson** May 10
Thank you. 😊 From: Denise Springer <dspringe...

 **Draft** 🗑
Thank you for your assistance.

 Reply    Reply all   Forward

PLAINTIFF'S
EXHIBIT

E

2:42

**From:** Johnny Sturdivant
<bigbootranchinfo@gmail.com>
**Sent:** Wednesday, May 10, 2023 12:15 PM
**To:** Kelly Johnson <kdjohsnon@co.henry.ga.us>
**Subject:** [EXTERNAL] Re: Business license

You don't often get email from
bigbootranchinfo@gmail.com. Learn why this is important

**CAUTION:** This email originated from
**OUTSIDE** of Henry County Government. Do
not click links or open attachments unless
you recognize the sender and know the
content is safe. When in doubt, use the
Phish Alert Button or create a helpdesk
ticket.

...

**VIEW ENTIRE MESSAGE**



**Denise Springer** May 10
to Kelly, me, Michael, Lynn ⌄

Kelly,

Thank you for sending this over.  I just talked with
Mr. Sturdivant and we will get him taken care of.

Thanks again,

**Denise Springer**
Property/Occupational Tax
Specialist

**Phone:** 770.288.8155
**Email:** dspringer@co.henry.ga.us

140 Henry Parkway

HENRY COUNTY



